FILED
JUN 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08cr2090-JAH |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 21, U.S.C., Secs. 952 and 960 – Importation of Cocaine (Felony) |
| GLORIA RIOS-SANCHEZ, | |
| Defendant. | |

The United States Attorney charges:

On or about May 24, 2008, within the Southern District of California, defendant GLORIA RIOS-SANCHEZ, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 40.40 kilograms (88.88 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 6/24/08.

KAREN P. HEWITT
United States Attorney

MICHELLE M. PETTIT
Assistant U.S. Attorney

MIP:psd:San Diego